[No. 58484-7-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL TOLENTINO FRANCO III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00239-3, George T. Mattson, J., entered March 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59195-9-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE LEVI HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00978-9, Michael J. Fox, J., entered November 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59240-8-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HOAI PHUONG VU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05106-6, Douglass A. North, J., entered October 30, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington and Appelwick, JJ.

[No. 59273-4-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CRAIG LEE, *Defendant*, ROBERT PANKEY LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06102-7, Laura C. Inveen, J., entered November 15, 2006. *Affirmed* by unpublished per curiam opinion.